1  Kristin Zilberstein, Esq., (SBN 20041)
   Jennifer R. Bergh, Esq., (SBN 305219)
2  LAW OFFICES OF MICHELLE GHIDOTTI
   1920 Old Tustin Ave.
3  Santa Ana, CA  92705
   Tel: (949) 427-2010
4  Fax:  (949) 427-2732
   Email: KZilberstein@ghidottilaw.com
5
   Attorneys for Creditor
6  SRP 2013-9 Funding Trust, its successors and assigns

7                    UNITED STATES BANKRUPTCY COURT

8             CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

9  In re:                                    ) Case No.  6:18-bk-16237-MH
                                              )
10 Miguel Santa Maria and Lilia Maldonado    )
                                              ) Chapter 13
11             Debtors.                       )
                                              ) **OPPOSITION OF SRP 2013-9 FUNDING**
12                                            ) **TRUST, DEBTOR'S MOTION TO**
                                              ) **VALUE REAL PROPERTY, TREAT**
13                                            ) **CLAIMS AS UNSECURED AND AVOID**
                                              ) **JUNIOR LIEN OF SRP 2013-9 FUNDING**
14                                            ) **TRUST**
                                              )
15                                            ) Honorable Mark D. Houle
                                              )
16                                            ) DATE: August 30, 2018
                                              ) TIME: 11:00 a.m.
17                                            ) CTRM: 303
                                              ) PLACE: U.S. Bankruptcy Court
18                                            )         3420 Twelfth Street
                                              )         Riverside, CA 92501
19                                            )
                                              )
20                                            )
                                              )
21                                            )
                                              )
22 _____        )
   //
23 //
   //
24

1

TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, THEIR ATTORNEY OF RECORD AND THE CHAPTER 13 TRUSTEE, ROD DANIELSON:

COMES NOW SRP 2013-9 Funding Trust ("**Creditor**"), a secured creditor of the above-named Debtors, and files the within Opposition ("**Opposition**") to the Motion of Debtors Miguel Santa Maria and Lilia Maldonado ("**Debtors**") to Value Real Property, Treat Claims as Unsecured and Avoid Junior Lien (the "**Motion**") of Creditor.

**I.**

**STATEMENT OF FACTS**

1. On or about June 28, 2007 Debtors, for valuable consideration, made, executed and delivered to American Home Mortgage, a Home Equity Credit Line Agreement and Disclosure Statement (the "**Note**") with an original draw in the amount of $62,249.00 (the "**Loan**"). A true and correct copy of the Note is attached as Exhibit "A" and incorporated herein.

2. Said Note is secured by a Deed of Trust ("**Deed of Trust**"), which encumbers the real property commonly known as 15848 Rough Rider Pl., Victorville CA 92394 (the "**Property**") dated June 28, 2007, and recorded July 3, 2007 as Document No.: 2007-0394565 in the Official Records of San Bernardino County, California, naming American Home Mortgage as the Beneficiary. A true and correct copy of the Deed of Trust is attached as Exhibit "B" and incorporated herein.

3. All rights, title, and interests in the Note and Deed of Trust were thereafter assigned to SRP 2013-9 Funding Trust.

4. Creditor holds all rights, title and interests in the Note and Deed of Trust.

5. On or about July 26, 2018, Debtors filed a voluntary Petition under Chapter 13 of the

1  Bankruptcy Code in the United States Bankruptcy Court, Central District of California, Case

2  No.: 6:18-bk-16237-MH (the "**Instant Petition**").

3     6. On or about August 8, 2018, the Debtors filed the instant Motion to Avoid Lien with

4  respect to the Property.

5     7. Debtors represent that there is a senior lien encumbering the Property in favor of

6  Metropolitan Life Insurance Company in the amount of $251,498.18.

7     8. Metropolitan Life Insurance Company has not yet filed a Proof of Claim in connection to

8  the Instant Petition.

9     9. Debtors represent that the value of the Property is $239,133.00, based upon the Appraisal

10 attached to Debtor's Motion.

11    10. Creditor has not had an opportunity to conduct an appraisal of the Property in order to

12 obtain a professional opinion of its value.

13    11. Creditor believes that the value of the Property far exceeds the amount owed to the senior

14 lien holder.

**I.**

**ARGUMENT**

**A.  CREDITOR'S LIEN IS SECURED BY EQUITY IN REAL PROPERTY THAT IS THE DEBTOR'S PRINCIPAL RESIDENCE AND MAY NOT BE PROPERLY AVOIDED:**

11 U.S.C. 506(a)(1) provides that a creditor has an allowed secured claim to the extent of the creditor's interest in the estate property, and an unsecured claim to the extent its claim exceeds the value. 11 U.S.C. Section 506(d) provides that, to the extent that the lien secures a claim against the debtors and it is not an allowed secured claim, such lien is void.

11 U.S.C. 1322(b)(2) provides that a plan may modify the rights of holders of secured claims, other than a claim secured by a security interest in real property that is the debtor's principal residence. However, where a creditor's claim, which is seemingly secured only by an interest in the debtor's primary residence, is determined to be entirely unsecured pursuant to 11 U.S.C. Section 506, the lien is void. *See* In re Zimmer. 313 E.3d 1220 (9th Cir. 2002). The reasoning stands under the 11 U.S.C. 1322(b)(2) that if the Court determines that the Creditor's lien is secured by <u>any equity</u> "in real property that is the debtor's principal residence" then creditor's lien may not properly be stripped.

The Senior Lien holder has not filed a POC as of the date of this opposition, therefore there is no evidence as to the claim owed to the Senior Lien holder. Thus, the Debtors should not prevail in their argument that Creditor's lien is unsecured because the value of the property is worth less than the amount of the Senior Lien Holder's claim.

### B. **CREDITOR REQUESTS AN OPPORTUNITY TO OBTAIN A FULL APPRAISAL OF ITS REAL PROPERTY COLLATERAL AND REQUESTS ACCESS TO THE PROPERTY FOR THIS PURPOSE.**

Creditor requests an opportunity to obtain a valuation of the Property by conducting an interior appraisal. Creditor has not had an opportunity to obtain an appraisal of the Property. Creditor requests the hearing on the Motion be continued for approximately 45 days to allow it an opportunity to conduct a full appraisal of the Property, obtain a completed appraiser's report and file a declaration regarding the same. As of the date of this Opposition, Creditor's Counsel is in the process of obtaining an appraiser to conduct and interior and exterior appraisal of the Property.

## II.
## CONCLUSION

For each of the above reasons, Creditor requests that the Court:

1.     Deny Debtors' Motion;

2.     Authorize Creditor to file a further Opposition to Debtors' Motion, if Creditor deems necessary and;

3.     For such other and further relief as the Court may deem just and proper.

DATED:  August 16, 2018          THE LAW OFFICES OF MICHELLE GHIDOTTI

By: /s/ Kristin Zilberstein, Esq.
    Kristin Zilberstein, Esq.
    Attorneys for SRP 2013-9 Funding Trust,

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1920 Old Trustin Ave.
Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): _____
OPPOSITION OF SRP 2013-9 FUNDING TRUST, DEBTOR'S MOTION TO VALUE REAL PROPERTY, TREAT CLAIMS AS UNSECURED AND
AVOID JUNIOR LIEN OF SRP 2013-9 FUNDING TRUST
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/16/2018_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's Counsel: Todd L Turoci, mail@theturocifirm.com
Trustee: Rod Danielson (TR), notice-efile@rodan13.com
U.S. Trustee: United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __08/16/2018_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Miguel Santa Maria, 15848 Rough Rider Place, Victorville, CA 92394 (U.S. Mail)
Joint Debtor: Lilia Maldonado, 15848 Rough Rider Place, Victorville, CA 92394 (U.S. Mail)
Judge: Honorable Mark D. Houle, 3420 Twelfth Street, Suite 365, Riverside, CA 92501-3819 (U.S. Mail)

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/16/2018 | Jeremy Romero | /s/ Jeremy Romero |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                               **F 9013-3.1.PROOF.SERVICE**